# ELECTRONIC RECORD

**1564-14**

COA # 03-12-00466-CR      OFFENSE: 19.03

STYLE: Lester Ray Guy v. The State of Texas      COUNTY: Travis

COA DISPOSITION: AFFIRMED      TRIAL COURT: 331st District Court

DATE: 10/22/14      Publish: NO      TC CASE #: D-1-DC-10-302548

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Lester Ray Guy v. The State of Texas      CCA #: **1564-14**

_____APPELLANT'S_____ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_____Refused_____      JUDGE: _____

DATE: 05/13/2015      SIGNED: _____      PC: _____

JUDGE: Per Curiam      PUBLISH: _____      DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD